**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **David Chapdelaine,** | : |
| **Plaintiff,** | : |
| v. | : **Civil Action No.: 3:11-cv-00853-MRK** |
| **Trans-Continental Credit & Collection Corp. ; and DOES 1-10, inclusive,** | : |
| **Defendants.** | : |

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

**Dated September 30, 2011**

            **Respectfully submitted,**

            **PLAINTIFF, David Chapdelaine**

            **/s/ Sergei Lemberg**

            **Sergei Lemberg, Esq.**
            **LEMBERG & ASSOCIATES L.L.C.**
            **1100 Summer Street, 3rd Floor**
            **Stamford, CT 06905**
            **Telephone: (203) 653-2250**
            **Facsimile:  (203) 653-3424**
            slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

  I hereby certify that on September 30, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

         By /s/ Sergei Lemberg

           Sergei Lemberg